THE STATE OF IOWA, Appellee, v. O. D. SMITH, Appellant.

Appeal: CRIMINAL CASE: NO ERROR FOUND.

*Appeal from Harrison District Court.*—HON. GEORGE W. WAKEFIELD, Judge.

FRIDAY, FEBRUARY 3, 1893.

PER CURIAM.—It appears from a transcript filed in this court that the defendant was indicted in the court below for keeping a nuisance, by the sale of intoxicating liquors, and that on the sixteenth day of January, 1891, he pleaded guilty to the charge. On the twenty-third day of the same month the court entered a judgment against the defendant for $300 fine, and the costs of prosecution. On the same day the defendant appealed from said judgement, and gave a *supersedeas* bond. This is the whole record presented upon the appeal. We discover no reason for disturbing the judgment of the district court, and it is AFFIRMED.